**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DAMEON IVERY, DENISE ROBINSON, and ROBERT BURNS III, individually and on behalf of all persons similarly situated,** | : : : : : : | **Civil Action No.: 5:21-cv-01206-F** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **DRIVEN FORCE, INC, and DHL EXPRESS (USA) INC. d.b.a. DHL EXPRESS,** | : : : : | |
| **Defendants.** | : : | |

## NOTICE OF SETTLEMENT

Plaintiffs Dameon Ivery, Denise Robinson, and Robert Burns III ("Plaintiffs") and Defendants Driven Force, Inc. ("Driven Force") and DHL Express (USA), Inc. ("DHL") (collectively, the "Parties"), through their undersigned counsel, hereby state as follows:

1.      The Parties have reached a tentative settlement in this matter.

2.      Counsel for the Parties are in the process of preparing a written settlement agreement. They anticipate filing for disposition of the instant action within 60 days of this notice.

3.      To that end, the Parties request the Court to stay all proceedings in this action and vacate all deadlines and dates currently scheduled by the Court to allow

them to focus on finalizing their agreement.

Dated: March 10, 2023                      Respectfully submitted,


*/s/ Camille Fundora Rodriguez*            */s/ Courtney Bru*
Camille Fundora Rodriguez, *pro hac*       Courtney Bru, OBA No. 21115
*vice*                                     MCAFEE & TAFT
Alexandra K. Piazza, *pro hac vice*        Williams Center Tower II
BERGER MONTAGUE PC                         Two W. Second Street, Suite 1100
1818 Market Street, Suite 3600             Tulsa, OK 74103
Philadelphia, PA 19103                     (918) 574-3052 direct
Tel.: (215) 875-3000                       (918) 574-3152 fax
Fax: (215) 875-4604                        courtney.bru@mcafeetaft.com
crodriguez@bm.net
apiazza@bm.net                             *Attorneys for Defendant Drive Force, Inc.*


Michael P. Hill, OBA No. 20728
MICHAEL HILL, PLLC                         */s/ Linda Cooper Schoonmaker*
308 Northwest 13th Street, Suite           Linda Cooper Schoonmaker
100 Oklahoma City, Oklahoma                Seyfarth Shaw LLP
73103 Telephone: 405-232-0555             700 Milam Street, Suite 1400
Facsimile: 405-232-1849                    Houston, TX 77002
Email: mike@burtonlaw.com                  713-860-0083
                                           Fax: 713-821-0656
*Attorneys for Plaintiffs*                 lschoonmaker@seyfarth.com

                                           *Attorneys for Defendant DHL Express
                                           (USA), Inc.*